JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JORGE PENA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-09-0487 FCD |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| | ORDER CONTINUING STATUS |
| v. | CONFERENCE |
| JORGE PENA, et al, | |
| | Judge: Honorable Frank C. Damrell, Jr. |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its counsel, Robin R. Taylor, Assistant United States Attorney, together with counsel for defendant Jorge Pena, John R. Manning, Esq., counsel for defendant Mark Cosme, Jan D. Karowsky, Esq., counsel for defendant Etta Velarde, Carl E. Larson, Esq., counsel for defendant Michael Casey, Michael Petrik, Jr., Esq., and counsel for defendant Tracy McCromick, Erin J. Radekin, Esq., that the status conference presently set for January 11, 2010 be **continued to March 29, 2010, at 10:00 a.m**.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel / reasonable time for effective preparation), and agree to exclude time from January 11, 2010, until the date of the status conference, March 29, 2010.

///

IT IS SO STIPULATED.

Dated: January 7, 2010                                                        /s/  John R. Manning
                                                                             JOHN R. MANNING
                                                                             Attorney for Defendant
                                                                             Jorge Pena


Dated: January 7, 2010                                                        /s/  Jan R. Karowsky
                                                                             JAN R. KAROWSKY
                                                                             Attorney for Defendant
                                                                             Mark Cosme

Dated: January 7, 2010                                                        /s/  Carl E. Larson
                                                                             CARL E. LARSON
                                                                             Attorney for Defendant
                                                                             Etta Velarde

Dated: January 7, 2010                                                        /s/  Michael Petrik, Jr.
                                                                             MICHAEL PETRIK, JR.
                                                                             Attorney for Defendant
                                                                             Michael Casey


Dated: January 7, 2010                                                        /s/  Erin J. Radekin
                                                                             ERIN J. RADEKIN
                                                                             Attorney for Defendant
                                                                             Tracy McCormick


Dated: January 7, 2010                                                       Lawrence Brown
                                                                             Acting United States Attorney

                                                                     by:     /s/ Robin R. Taylor
                                                                             ROBIN R. TAYLOR
                                                                             Assistant U.S. Attorney



**IT IS SO ORDERED.**

Dated:  January 8, 2010

                                                                             _____
                                                                             FRANK C. DAMRELL, JR.
                                                                             UNITED STATES DISTRICT JUDGE