UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 9, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TRACY MCCORMICK, )<br>Defendant. )<br>) | Case No. CR.S-09-0487-FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TRACY MCCORMICK, Case No. CR.S-09-0487-FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $10,000.00

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  04/09/10  at  2:20 p.m.

By   /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge