**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TRACY McCORMICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JORGE PENA, et. al.,<br><br>　　　　　Defendants. | Case No. 2:09-CR-0487 FCD<br><br>STIPULATION AND ORDER |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Carolyn Delaney, defendant, Jorge Pena, by and through his counsel, John Manning, defendant, Michael Patrick Casey, by and through his counsel, Michael Petrik, defendant, Tracy McCormick, by and through her counsel, Erin J. Radekin, defendant, Mark Randall Cosme, by and through his counsel, Jan Karowsky, and defendant, Etta Sanders Velarde, by and through her counsel, Carl Larson, agree and stipulate to vacate the date set for status conference, July 26, 2010 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to August 16, 2010 at 10:00 a.m. in the courtroom of the Honorable Frank C. Damrell, Jr.

The reason for this request is that additional time is needed for defense preparation and plea negotiations.  The Court is advised that Ms. Delaney, Mr. Manning, Mr. Petrik, Mr. Karowsky and Mr. Larson concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

1  The parties further agree and stipulate that the time period from the filing of this stipulation
2  until August 16, 2010 should be excluded in computing time for commencement of trial under the
3  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
4  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
5  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
6  outweigh the best interests of the public and the defendant in a speedy trial.
7  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
8  IT IS SO STIPULATED

9  Dated: July 23, 2010                             BENJAMIN WAGNER
                                                    United States Attorney
10
                                              By:         /s/ Carolyn Delaney
11                                                  Carolyn Delaney
                                                    Assistant United States Attorney
12

13  Dated: July 23, 2010                                  /s/ Erin J. Radekin
                                                    ERIN J. RADEKIN
14                                                  Attorney for Defendant
                                                    TRACY McCORMICK
15
    Dated: July 23, 2010                                  /s/ John Manning
16                                                  JOHN MANNING
                                                    Attorney for Defendant
17                                                  JORGE PENA

18  Dated: July 23, 2010                                  /s/ Michael Petrick
                                                    MICHEAL PETRICK
19                                                  Attorney for Defendant
                                                    MICHAEL PATRICK CASEY
20

21  Dated: July 23, 2010                                  /s/ Jan Karowsky
                                                    JAN KAROWSKI
22                                                  Attorney for Defendant
                                                    MARK RANDALL COSME
23

24  Dated: July 23, 2010                                  /s/ Carl Larson
                                                    CARL LARSON
25                                                  Attorney for Defendant
                                                    ETTA SANDERS VELARDE
26

27

28

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of July 26, 2010 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on August 16, 2010 at 10:00 a.m. The court finds excludable time in this matter through August 16, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: July 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE