1 **ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
Sacramento, California 95814
3  Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5  TRACY McCORMICK

6

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>TRACY McCORMICK,<br><br>             Defendant. | Case No.  2:09-CR-0487 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

## **STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Carolyn Delaney, defendant, Jorge Pena, by and defendant, Tracy McCormick, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, February 7, 2011 at 10:00 a.m., in the above-captioned matter, and to continue judgment and sentencing to March 7, 2011 at 10:00 a.m. in the courtroom of the Honorable Frank C. Damrell, Jr.

The reason for this request is that additional time is needed for the parties to prepare for sentencing.  The Court is advised that Ms. Delaney concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

| | |
|---|---|
| Dated: February 4, 2011 | BENJAMIN WAGNER<br>United States Attorney<br><br>By:       /s/ Carolyn Delaney<br>Carolyn Delaney<br>Assistant United States Attorney |
| Dated: February 4, 2011 |       /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>TRACY McCORMICK |

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing of February 7, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on March 7, 2011 at 10:00 a.m. in the courtroom of Frank C. Damrell, Jr.

**IT IS SO ORDERED.**

Dated:  February 4, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE