```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-09-487 FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | RE SENTENCING |
| TRACY McCORMICK and ) | |
| MICHAEL PATRICK CASEY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendants and their counsel, that the sentencing hearings currently scheduled for Monday, March 7, 2011, should be vacated; and the sentencing

///
///
///
///
///
///
///

1

hearings should be rescheduled for Monday, May 23, 2011.

Dated: March 1, 2011                    Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      U.S. Attorney

                                      /s/ Carolyn K. Delaney

                                      CAROLYN K. DELANEY
                                      Assistant U.S. Attorney

Dated: March 1, 2011                    /s/ Erin Radekin

                                      ERIN RADEKIN
                                      Attorney for Tracy McCormick

Dated: March 1, 2011                    /s/ Michael Petrik

                                      MICHAEL PETRIK
                                      Attorney for Michael Casey

## **ORDER**

**IT IS HEREBY ORDERED**: That the sentencing hearings currently scheduled for Monday, March 7, 2011, should be vacated; and the sentencing hearings should be rescheduled for Monday, May 23, 2011, at 10:00 a.m..

Dated: March 2, 2011

                                      _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE