


1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  TRACY McCORMICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY McCORMICK, et al.<br><br>Defendant. | Case No. 09-CR-0487 FCD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL APPEARANCE RE: PRE-TRIAL RELEASE VIOLATION |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Carolyn Delaney, and defendant, Tracy McCormick, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for initial appearance on the pre-trial release violation petition in the above-captioned matter, March 18, 2011 at 2:00 p.m. in the courtroom of the Honorable Judge Dale A. Drozd, and set the initial appearance on the pre-trial release petition on March 21, 2011 at 2:00 p.m. in the courtroom of the Honorable Gregory G. Hollows.

The reason for this request is that Ms. Radekin has a scheduling conflict with the March 18th date set for initial appearance regarding the pre-trial release violation petition. The Court is advised that Ms. Delaney and pre-trial services officer Steven J. Sheehan concur with this request, and Ms. Delaney has authorized Ms. Radekin to sign this stipulation on her behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

1  IT IS SO STIPULATED

2  Dated: March 15, 2011                         BENJAMIN WAGNER
                                                 United States Attorney

3
                                             By:       /s/ Carolyn Delaney
4                                                Carolyn Delaney
                                                 Assistant United States Attorney
5

6  Dated: March 15, 2011                            /s/ Erin J. Radekin
                                                 ERIN J. RADEKIN
7                                                Attorney for Defendant
                                                 TRACY McCORMICK
8

9

10                                   **ORDER**

11       For the reasons set forth in the accompanying stipulation and declaration of counsel, the date

12  set for initial appearance on the pre-trial release violation petition is VACATED and the above-

13  captioned matter is set for initial appearance on pre-trial release revocation proceedings on March

14  21, 2011 at 2:00 p.m. in the courtroom of Magistrate Judge Gregory G. Hollows.

15  IT IS SO ORDERED.

16  Dated: 3/15/11

                                                 HON. DALE A. DROZD
17                                               United States Magistrate Judge

-2-