```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL D. WHITE
    Executive Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:09-CR-00487-FCD |
|---|---|
| Plaintiff, | ) |
|  | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| JORGE PENA, and MICHAEL PATRICK CASEY, et al., | ) |
| Defendants. | ) |

WHEREAS, on or about February 23, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Michael Patrick Casey forfeiting to the United States the following property:

      a. Epson Stylus NX400 Printer Scanner Copier - Serial # KNTP219150.

AND WHEREAS, beginning on February 27, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Michael Patrick Casey on the official internet government forfeiture site

1 | www.forfeiture.gov.  Said published notice advised all third
2 | parties of their right to petition the Court within sixty (60)
3 | days from the first day of publication of the notice for a
4 | hearing to adjudicate the validity of their alleged legal
5 | interest in the forfeited property;
6 |   AND WHEREAS, on or about July 12, 2011, this Court entered a
7 | Preliminary Order of Forfeiture pursuant to the provisions of 18
8 | U.S.C. § 492 and 28 U.S.C. § 2461(c), based upon the plea
9 | agreement entered into between plaintiff and defendant Jorge Pena
10 | forfeiting to the United States the following property:
11 |    a. Epson Stylus NX400 Printer Scanner Copier - Serial # KNTP219150.
13 |   AND WHEREAS, beginning on July 20, 2011, for at least 30
14 | consecutive days, the United States published notice of the
15 | Court's Order of Forfeiture regarding Jorge Pena on the official
16 | internet government forfeiture site www.forfeiture.gov.  Said
17 | published notice advised all third parties of their right to
18 | petition the Court within sixty (60) days from the first day of
19 | publication of the notice for a hearing to adjudicate the
20 | validity of their alleged legal interest in the forfeited
21 | property;
22 |   AND WHEREAS, the Court has been advised that no third party
23 | has filed a claim to the subject property, and the time for any
24 | person or entity to file a claim has expired.
25 |   Accordingly, it is hereby ORDERED and ADJUDGED:
26 |   1.  A Final Order of Forfeiture shall be entered forfeiting
27 | to the United States of America all right, title, and interest in
28 | the below-listed property pursuant to 18 U.S.C. § 492 and 28

U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Michael Patrick Casey and Jorge Pena:

    a.   Epson Stylus NX400 Printer Scanner Copier - Serial # KNTP219150.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 29th day of September, 2011.

_____
FRANK C. DAMRELL, JR.
United States District Judge